631 A.2d 1001

Stanley J. MATUSKY, an individual; Carolyn Suzanne Matusky, an individual; and Stanley J. Matusky and Carolyn Suzanne Matusky, as husband and wife, Appellants,

v.

HAUGH'S POOLS, a foreign corporation; Clover Pool & Supply Company, Inc., a corporation; and Allen Pool Sales & Service

v.

Daniel FRANTZ and Karen Frantz, his wife; Phillip P. Angeletti; Swimline Corporation and Mengo Industries, Inc., a corporation.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1993.

Decided Oct. 15, 1993.

Reargument Denied Nov. 17, 1993.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and MONTEMURO, JJ., dissent.

LARSEN, J., did not participate in the consideration or decision of this case.